

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 11, 2014

Timothy S. Cory, Esq.
Nevada Bar No. 1972
**TIMOTHY S. CORY & ASSOCIATES**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 388-1996
tim.cory@corylaw.us

*Attorneys for William A. Leonard, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>EXECUTIVE PLASTERING, INC.,<br><br>Debtor. | Case No. 09-33776-BTB<br><br>Chapter 7 |
| WILLIAM A. LEONARD, TRUSTEE,<br><br>Plaintiff<br><br>v.<br><br>KENNETH HOLT,<br>Defendant | Adv Case No. 11-01404-BTB |

### ORDER DISMISSING ADVERSARY PROCEEDING

The Court, having reviewed William A. Leonard, Chapter 7 Trustee's Voluntary Dismissal filed pursuant to F.R.B.P. 7041(a)(1)(A), no further notice being necessary, and good cause appearing, it is hereby:

ORDERED that all pending deadlines and hearings in this adversary proceeding be vacated; it is further

ORDERED that the adversary action, Case No. 11-01404-BTB, is hereby dismissed, with each party to bear responsibility for payment of their own costs and attorneys' fees.

IT IS SO ORDERED.

Respectfully prepared and submitted by:

**TIMOTHY S. CORY & ASSOCIATES**

*/s/ Timothy S. Cory                    .*
Timothy S. Cory, Esq.
TIMOTHY CORY & ASSOCIATES
8831 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for William A. Leonard, Chapter 7 Trustee*